In the Matter of the Accounting of Willard E. Connor, as Administrator of the Estate of Harry C. Connor, Deceased, Appellant.

Nellie Connor, Respondent.

*Matter of Connor*, 178 App. Div. 955, affirmed.

(Argued January 8, 1918; decided January 29, 1918.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1917, which modified and affirmed as modified a decree of the Onondaga County Surrogate's Court settling the accounts of the administrator of Harry C. Connor, deceased. The estate consisted solely of the proceeds of an action for negligently causing death. Decedent died intestate leaving his father and mother his sole next of kin. These proceedings were begun by Nellie Connor, the mother, to compel the administrator

to account and distribute to her one-half of the net proceeds. Upon final settlement of the administrator's account the surrogate directed that the entire net proceeds be paid to the father individually and held that the mother was not entitled to any distributive share. Upon appeal the Appellate Division, modified the decree of the surrogate and directed that the estate be divided equally between the father and the mother.

*William F. Quinn* for appellant.

*William H. Harding* for respondent.

*Albert Massey* for James S. Meng, as executor of Henry Bischoff, deceased, intervening.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.